**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−22300−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Lawrence E. Maglin
    3416 Beechwood Boulevard
    Pittsburgh, PA 15217

Social Security No.:
    xxx−xx−3139

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Shawn N. Wright<br>7240 McKnight Road<br>Pittsburgh, PA 15237<br>Telephone number: 412−920−6565 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 5, 2020<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>October 5, 2020<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/1/20

BY THE COURT

Gregory L. Taddonio
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 20-22300-GLT
Lawrence E. Maglin                                                  Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0315-2           User: agro                Page 1 of 2          Date Rcvd: Sep 01, 2020
                               Form ID: rsc13            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Lawrence E. Maglin,    3416 Beechwood Boulevard,    Pittsburgh, PA 15217-2963
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water & Sewer Authority,    GRB Law,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA  15219,    UNITED STATES 15219-6101
15273259       +Barry W. Krengel, Esquire,    2 Liberty Place, 35th Floor,    50 South 16th Street,
                 Philadelphia, PA 19102-2516
15273261       +Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
15273262       +Mr. Cooper Mortgage,    350 Highland Drive,   Lewisville, TX 75067-4488
15279096       +Pittsburgh Water and Sewer Authority,    GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh PA 15219-6101
15273264       +Recovery Funding,    35 North Fourth Street Suite 200,    Columbus, OH 43215-3641
15276400       +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
15273266       +SMS Financial Services,    6829 North 12th Street,   Phoenix, AZ 85014-1109
15273265       +Santander Financial,    8585 North Stemmons Freeway,   Dallas, TX 75247-3822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:09:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:09:41      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 02 2020 12:10:21     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 12:30:25
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15273260       +E-mail/Text: ccusa@ccuhome.com Sep 02 2020 12:08:57     Credit Collections U.S.A.,
                 16 Distributor Drive, Suite 1,   PO Box 873,   Morgantown, WV 26507-0873
15276764       +E-mail/Text: DSLBKYPRO@discover.com Sep 02 2020 12:10:13     Discover Student Loans,
                 PO Box 30925,   Salt Lake City, UT 84130-0925
15273263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 12:32:58
                 Portfolio Recovery,   120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502
15278454       +E-mail/Text: lferreira@smsfinancial.net Sep 02 2020 12:10:13     SMS FINANCIAL P, LLC,
                 6829 NORTH 12TH STREET,   PHOENIX, AZ 85014-1109
15273687       +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 12:32:42     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
```

```
District/off: 0315-2           User: agro                 Page 2 of 2              Date Rcvd: Sep 01, 2020
                               Form ID: rsc13             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Debtor Lawrence E. Maglin shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                               TOTAL: 7