FILED
10/7/20 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\***   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

**Case Name:** Maglin, Lawrence                JAD/TPA/CMB/(GLT)

**Case Number:** 20-22300

**Date of Meeting:** 10 / 5 / 20                **Recording #_____**
**Debtor(s) present** ✓ **or Not Present**    (✓ **No Payments Made or___ partial payments)**
**Attorney for debtor(s)** Wright, Shawn    **(Present** ✓ **or Not Present____)**
**Date of Plan at § 341:** 8-3-20        **Applicable commitment period** ✓ 3 yrs ___ 5 yrs

2019 return on extension.

no payments — Debtor uncertain when first one will be made

Continue to pre-bar cancil for payments

_✓_ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                           _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
      _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
      On _____ 11-19-20 _____ at 9:30   am/pm Location _____

                                    Kate DeSimone
                                    Chapter 13 Trustee/Attorney for Trustee