Certificate Number: 03621-PAW-DE-034978344

Bankruptcy Case Number: 20-22300



03621-PAW-DE-034978344

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2020, at 2:44 o'clock PM EDT, Lawrence E Maglin completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 13, 2020    By:  /s/Fernanda DeSanchez

Name:  Fernanda DeSanchez

Title:  Credit Counselor