IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lawrence Maglin, Debtor | : | Bankruptcy No. 20-22300 |
| | : | Chapter 13 |
| Lawrence Maglin, Movant | : | |
| | : | |
| v. | : | Re:  Claim 3-1 |
| | : | |
| SMS Financial P, Inc., | : | Hrg: 3/24/21 @ 9 am |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on February 3, 2021 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 5, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
PA I.D. #64103
Counsel for Movant
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com