UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

| | | |
|---|---|---|
| IN RE: LAWRENCE E. MAGLIN | : | CASE NO. 20-22300-GLT |
| | | CHAPTER 13 |
| DEBTOR(S) | | |
| | : | JUDGE GREGORY L. TADDONIO |
| | : | NOTICE OF CHANGE OF ADDRESS FOR CREDITOR |

Comes now Creditor, SMS FINANCIAL P, LLC, and gives notice that all Notices and Payments owed to Creditor should be sent to the following new address:

1. NEW address for creditor PAYMENT:   3707 East Shea Blvd., #100, Phoenix AZ 85028

   OLD address for creditor PAYMENT:   6829 North 12th Street, Phoenix, AZ 85012

2. NEW address for creditor NOTICE:   3707 East Shea Blvd., #100, Phoenix, AZ 85028

   OLD address for creditor NOTICE:   6829 North 12th Street, Phoenix, AZ 85012

3. Proof of Claim Number:   3 filed on 08/18/2020

4. Claim Amount:   $80,813.93

Dated this 25th day of June, 2025

Respectfully submitted,

_____
Jonathan Hoffer, Manager
SMS Financial P, LLC
3707 East Shea Blvd., Suite 100
Phoenix, Arizona 85028
602-944-0624
602-678-2704
mgrassl@smsfinancial.net