Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lawrence E. Maglin** | : | Case No. 20−22300−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 58 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/23/25 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

        **AND NOW,** this **The 24th of October, 2025**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** (the "Motion") having been filed at Doc. No. 58 by the Chapter 13 Trustee,

        It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

        (1)   **On or before December 8, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

        (2)   This Motion is scheduled for hearing on **December 23, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

        (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are **required** to appear at the hearing.

        (4)   Once the Motion is approved, if either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 20-22300-GLT |
|---|---|---|
| Lawrence E. Maglin | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 604 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Maglin, 3416 Beechwood Boulevard, Pittsburgh, PA 15217-2963 |
| 15273259 | + | Barry W. Krengel, Esquire, 2 Liberty Place, 35th Floor, 50 South 16th Street, Philadelphia, PA 19102-2516 |
| 15298428 | + | Brunner Quinn, 35 N. Fourth Street, Suite 200, Columbus, Ohio 43215, Columbus, OH 43215-0268 |
| 15273264 | + | Recovery Funding, 35 North Fourth Street Suite 200, Columbus, OH 43215-0268 |
| 15273266 | + | SMS Financial Services, 6829 North 12th Street, Phoenix, AZ 85014-1109 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 25 2025 00:30:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 25 2025 00:30:00 | OSLT c/o Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 25 2025 00:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 25 2025 00:30:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bknotices@smsfinancial.net | Oct 25 2025 00:30:00 | SMS Financial P, LLC, 3707 EAST SHEA BLVD., SUITE 100, Phoenix, AZ 85028-3453 |
| 15296127 | + | Email/Text: ebnjts@grblaw.com | Oct 25 2025 00:30:00 | City and School District of Pittsburgh, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15273260 | + | Email/Text: ccusa@ccuhome.com | Oct 25 2025 00:30:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, PO Box 873, Morgantown, WV 26507-0873 |
| 15273261 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:10 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15276764 | + | Email/Text: DSLBKYPRO@discover.com | Oct 25 2025 00:31:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15298046 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 25 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16478054 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 25 2025 00:30:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15273262 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 604 | Total Noticed: 27 |

| 15285624 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|
| | | Oct 25 2025 00:30:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15273263 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 25 2025 00:41:02 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15287891 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 25 2025 00:52:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15279096 | + Email/Text: ebnpwsa@grblaw.com | | |
| | | Oct 25 2025 00:30:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15276400 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Oct 25 2025 00:31:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15278454 | + Email/Text: lferreira@smsfinancial.net | | |
| | | Oct 25 2025 00:31:00 | SMS FINANCIAL P, LLC, 6829 NORTH 12TH STREET, PHOENIX, AZ 85014-1109 |
| 15273265 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Oct 25 2025 00:31:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 15273687 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 25 2025 00:39:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15289703 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Oct 25 2025 00:30:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |

District/off: 0315-2
Date Rcvd: Oct 24, 2025

User: auto

Form ID: 604

Page 3 of 3

Total Noticed: 27

Denise Carlon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
                    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
                    on behalf of Debtor Lawrence E. Maglin shawn@shawnwrightlaw.com
                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 10