**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAWRENCE E. MAGLIN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Case No.:20-22300<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2020 and confirmed on 11/20/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

|  |  |  |
|---|---|---|
| Total Receipts |  | 143,225.02 |
| Less Refunds to Debtor | 183.32 |  |
| TOTAL AMOUNT OF PLAN FUND |  | 143,041.70 |
| Administrative Fees |  |  |
| Filing Fee | 0.00 |  |
| Notice Fee | 0.00 |  |
| Attorney Fee | 2,300.00 |  |
| Trustee Fee | 7,215.22 |  |
| Court Ordered Automotive Insurance | 0.00 |  |
| TOTAL ADMINISTRATIVE FEES |  | 9,515.22 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** |  |  |  |  |
| NATIONSTAR MORTGAGE LLC D/B/A MR<br>Acct: 7014 | 0.00 | 73,177.56 | 0.00 | 73,177.56 |
| NATIONSTAR MORTGAGE LLC D/B/A MR<br>Acct: 7014 | 1,507.63 | 1,507.63 | 0.00 | 1,507.63 |
| PITTSBURGH WATER & SEWER AUTHOR<br>Acct: 8F97 | 288.79 | 288.79 | 44.17 | 332.96 |
| PITTSBURGH WATER & SEWER AUTHOR<br>Acct: 8F97 | 0.20 | 0.20 | 0.00 | 0.20 |
| CITY & SCHOOL DIST OF PITTSBURGH (F<br>Acct: 8F97 | 457.32 | 457.32 | 69.86 | 527.18 |
| CITY & SCHOOL DIST OF PITTSBURGH (F<br>Acct: 8F97 | 302.21 | 302.21 | 0.00 | 302.21 |
| SANTANDER CONSUMER USA<br>Acct: 8495 | 32,586.25 | 32,586.25 | 4,441.48 | 37,027.73 |
|  |  |  |  | 112,875.47 |
| **Priority** |  |  |  |  |
| SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE E. MAGLIN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE E. MAGLIN<br>Acct: | 183.32 | 183.32 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|  | ***NONE*** |  |  |  |
| **Unsecured** |  |  |  |  |
| OSLT<br>Acct: 3139 | 2,232.12 | 2,232.12 | 0.00 | 2,232.12 |
| SMS FINANCIAL P LLC<br>Acct: 7197 | 80,813.93 | 17,389.43 | 0.00 | 17,389.43 |
| UPMC PHYSICIAN SERVICES | 205.07 | 44.13 | 0.00 | 44.13 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3139 | | | | |
|     DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES LL | 397.07 | 85.44 | 0.00 | 85.44 |
| Acct: 1957 | | | | |
|     RECOVERY FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 587.64 | 126.45 | 0.00 | 126.45 |
| Acct: 1762 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 62.75 | 13.50 | 0.00 | 13.50 |
| Acct: 4821 | | | | |
|     BRUNNER QUINN | 3,531.67 | 759.94 | 0.00 | 759.94 |
| Acct: 4526 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0754 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     BARRY W KRENGEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     VANESSE PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,651.01 |

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 133,526.48 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          35,142.40
UNSECURED        87,830.25

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LAWRENCE E. MAGLIN

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:20-22300

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 20-22300-GLT
Lawrence E. Maglin                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto                                Page 1 of 3
Date Rcvd: Oct 24, 2025       Form ID: pdf900                           Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Maglin, 3416 Beechwood Boulevard, Pittsburgh, PA 15217-2963 |
| 15273259 | + | Barry W. Krengel, Esquire, 2 Liberty Place, 35th Floor, 50 South 16th Street, Philadelphia, PA 19102-2516 |
| 15298428 | + | Brunner Quinn, 35 N. Fourth Street, Suite 200, Columbus, Ohio 43215, Columbus, OH 43215-0268 |
| 15273264 | + | Recovery Funding, 35 North Fourth Street Suite 200, Columbus, OH 43215-0268 |
| 15273266 | + | SMS Financial Services, 6829 North 12th Street, Phoenix, AZ 85014-1109 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 25 2025 00:30:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 25 2025 00:30:00 | OSLT c/o Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 25 2025 00:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 25 2025 00:30:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bknotices@smsfinancial.net | Oct 25 2025 00:30:00 | SMS Financial P, LLC, 3707 EAST SHEA BLVD., SUITE 100, Phoenix, AZ 85028-3453 |
| 15296127 | + | Email/Text: ebnjts@grblaw.com | Oct 25 2025 00:30:00 | City and School District of Pittsburgh, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15273260 | + | Email/Text: ccusa@ccuhome.com | Oct 25 2025 00:30:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, PO Box 873, Morgantown, WV 26507-0873 |
| 15273261 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:39:41 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15276764 | + | Email/Text: DSLBKYPRO@discover.com | Oct 25 2025 00:31:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15298046 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 25 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16478054 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 25 2025 00:30:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68801 |
| 15273262 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |

Case 20-22300-GLT   Doc 61   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15285624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15273263 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:36 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15287891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15279096 | + | Email/Text: ebnpwsa@grblaw.com | Oct 25 2025 00:30:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15276400 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2025 00:31:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15278454 | + | Email/Text: lferreira@smsfinancial.net | Oct 25 2025 00:31:00 | SMS FINANCIAL P, LLC, 6829 NORTH 12TH STREET, PHOENIX, AZ 85014-1109 |
| 15273265 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2025 00:31:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 15273687 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15289703 | | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:30:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 27 |

Denise Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Lawrence E. Maglin shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10