| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lawrence E. Maglin<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3139<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–22300–GLT | |

# Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lawrence E. Maglin

   12/9/25                                          **By the court:** Gregory L Taddonio
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22300-GLT
Lawrence E. Maglin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 09, 2025     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Maglin, 3416 Beechwood Boulevard, Pittsburgh, PA 15217-2963 |
| 15273259 | + | Barry W. Krengel, Esquire, 2 Liberty Place, 35th Floor, 50 South 16th Street, Philadelphia, PA 19102-2516 |
| 15298428 | + | Brunner Quinn, 35 N. Fourth Street, Suite 200, Columbus, Ohio 43215, Columbus, OH 43215-0268 |
| 15273264 | + | Recovery Funding, 35 North Fourth Street Suite 200, Columbus, OH 43215-0268 |
| 15273266 | + | SMS Financial Services, 6829 North 12th Street, Phoenix, AZ 85014-1109 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 10 2025 05:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 10 2025 05:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 10 2025 00:40:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 10 2025 00:40:00 | OSLT c/o Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| cr | + | EDI: PRA.COM | Dec 10 2025 05:24:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 10 2025 00:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 10 2025 00:40:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bknotices@smsfinancial.net | Dec 10 2025 00:41:00 | SMS Financial P, LLC, 3707 EAST SHEA BLVD., SUITE 100, Phoenix, AZ 85028-3453 |
| 15296127 | + | Email/Text: ebnjts@grblaw.com | Dec 10 2025 00:40:00 | City and School District of Pittsburgh, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15273260 | + | EDI: CCUSA.COM | Dec 10 2025 05:24:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, PO Box 873, Morgantown, WV 26507-0873 |
| 15273261 | | EDI: CITICORP | Dec 10 2025 05:24:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15276764 | + | EDI: DISCOVERSL.COM | Dec 10 2025 05:24:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15298046 | + | Email/Text: kburkley@bernsteinlaw.com | | |

Case 20-22300-GLT   Doc 64   Filed 12/11/25   Entered 12/12/25 00:32:24   Desc Imaged
                          Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Dec 10 2025 00:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16478054 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 10 2025 00:40:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68801 |
| 15273262 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 10 2025 00:40:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 15285624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 10 2025 00:40:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15273263 | | EDI: PRA.COM | Dec 10 2025 05:24:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15287891 | | EDI: PRA.COM | Dec 10 2025 05:24:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15279096 | + | Email/Text: ebnpwsa@grblaw.com | Dec 10 2025 00:40:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15276400 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 10 2025 00:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15278454 | + | Email/Text: lferreira@smsfinancial.net | Dec 10 2025 00:41:00 | SMS FINANCIAL P, LLC, 6829 NORTH 12TH STREET, PHOENIX, AZ 85014-1109 |
| 15273265 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 10 2025 00:41:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 15273687 | + | EDI: PRA.COM | Dec 10 2025 05:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15289703 | | Email/Text: BNCnotices@dcmservices.com | Dec 10 2025 00:40:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Lawrence E. Maglin shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 10