# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence E. Maglin<br>　　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>　　　　　　　　　　Movant<br><br>vs.<br><br>Lawrence E. Maglin<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　Trustee | BK NO. 20-22300 GLT<br><br>Chapter 13<br><br>Related to Claim No. 5-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 11, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lawrence E. Maglin
3416 Beechwood Boulevard
Pittsburgh, PA 15217

Attorney for Debtor(s)
Shawn N. Wright, Esq.
4 West Manilla Avenue (VIA ECF)
Pittsburgh, PA 15220

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: July 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com